**DISMISS; and Opinion Filed June 29, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00234-CV

### DONNY JOE CURRY, Appellant
### V.
### AMENDA HENDERSON, F. DUNCAN THOMAS, JOEL LITTLEFIED, TIMOTHY LINDEN, RANDY MEEKS, ROBERT S. DAVIS, AND FLOWERS- DAVIS PLLC, Appellees

On Appeal from the 354th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 84319

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Schenck
Opinion by Justice Lang-Miers

The clerk's record in this case is past due. On May 8, 2018, the Court received a letter from the Hunt County District Clerk informing the Court that the clerk's record had not been filed because appellant had not paid for the clerk's record. The Hunt County District Clerk attached a copy of the trial court's March 26, 2018 order sustaining the contest to appellant's affidavit of indigence. Thereafter, by letter dated May 15, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal

without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

We dismiss this appeal for want of prosecution. TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE


180234F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DONNY JOE CURRY, Appellant

No. 05-18-00234-CV     V.

AMENDA HENDERSON, F. DUNCAN
THOMAS, JOEL LITTLEFIED,
TIMOTHY LINDEN, RANDY MEEKS,
ROBERT S. DAVIS, and FLOWERS-
DAVIS PLLC, Appellees

On Appeal from the 354th Judicial District
Court, Hunt County, Texas
Trial Court Cause No. 84319.
Opinion delivered by Justice Lang-Miers.
Justices Evans and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees AMENDA HENDERSON, F. DUNCAN THOMAS,
JOEL LITTLEFIED, TIMOTHY LINDEN, RANDY MEEKS, ROBERT S. DAVIS, and
FLOWERS- DAVIS PLLC, recover their costs of this appeal from appellant DONNY JOE
CURRY.

Judgment entered this 29th day of June, 2018.